UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

at Huntington

**BILLIE PLYMALE,**

    **Plaintiff,**

v.                                                                CIVIL ACTION NO. 3:13-cr-14953

**KIRT THOMAS MILLER, D.P.M.,**

    **Defendant.**

# COMPLAINT

COMES NOW the plaintiff herein, Billie Plymale, and for her cause of action against Kirt Thomas Miller, D.P.M. alleges the following:

### PREFACE TO COMPLAINT

Pursuant to the provisions of the *West Virginia Medical Professional Liability Act*, W. Va. Code §77-7B-1 *et seq.*, plaintiff has served, by certified mail, a Notice of Claim against each health care provider named in this Complaint. Accompanying that Notice of Claim were one or more Screening Certificates of Merit as are required under the *West Virginia Medical Professional Liability Act.* No individual, corporation, company or limited partnership upon whom a Notice of Claim and Screening Certificate of Merit were served have requested or demanded pre-suit mediation. More than thirty (30) days have elapsed since service of the Notices of Claim and Screening Certificates of Merit.

## JURISDICTION AND VENUE

1. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332. The matter in controversy exceeds the sum of seventy five thousand dollars ($75,000.00), exclusive of interests and costs.

2. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 with respect to claims that form part of the same controversy.

3. Venue is based on 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions on which the claims are based occurred in this district.

## I. THE PARTIES

4. Plaintiff Billie Plymale is, and was at all times relevant, a citizen of Kenova, Cabell County, West Virginia.

5. The defendant, Kirt Thomas Miller, D.P. M., (hereinafter referred to as "Dr. Miller"), is and was at all times pertinent and relevant herein a doctor of podiatric medicine, residing in Chesapeake, Ohio, practicing his specialty of podiatric medicine for Billie Plymale, in Huntington, West Virginia, as a paying patient on or about July 23, 2010, and continuing thereafter.

## II. GENERAL ALLEGATIONS

6. On or about May 9, 2011, Billie Plymale was seen in the office of the defendant, Dr. Miller for a small ulceration of the plantar area of her left foot. Dr. Miller debrided the area and prescribed a topical cream.

7. The defendant, Dr. Miller continued to treat the ulceration on Plaintiff's left foot during regular visits, but the lesion was "non-healing", which the defendant attributed to the

"prominence of the bone", which defendant said was keeping the lesion from healing.

8. On October 19, 2011, the defendant, Dr. Miller, recommended surgery for resection of the bone of fourth metatarsal head of the left foot.

9. Plaintiff continued to seek treatment from Dr. Miller for the non-healing ulceration on her left foot.

10. During Plaintiff's March 1, 2012 visit with Dr. Miller, it is noted that the wound is still present and appears to be slightly worse.

11. By March 26, 2012, Plaintiff's medical records with Dr. Miller reflect that the lesion is larger with poor signs of healing and there is now also a "few small lesions in the arch" that appear similar only not as inflamed.

12. Finally, on April 11, 2012, the defendant Dr. Miller referred her to another physician to "rule out any type of abnormal cells."

13. On April 25, 2012, a biopsy, ordered by another physician, was finally done on the lesion, which revealed that the lesion was an "ulcerated invasive malignant melanoma."

14. A biopsy of Plaintiff's lymph nodes on July 5, 2012, confirmed the diagnosis of metastatic melanoma.

15. As a result of the delay in diagnosis and treatment caused by the negligence of the defendant, the plaintiff suffered severe and permanent injury.

## MEDICAL NEGLIGENCE

16. Plaintiff incorporates by reference each and every prior and subsequent allegation of this complaint as if fully restated here.

17. The defendant acted negligently, carelessly, willfully, and wantonly, or with a

reckless disregard of risk of harm to plaintiff, Billie Plymale, and was a proximate cause of injury to the plaintiff, Billie Plymale.

19. Said negligence, carelessness, willfulness, wantonness and reckless disregard of risk of harm includes, but is not limited to:

    a. failing to timely diagnose Billie Plymale's melanoma; and

    b. was otherwise negligent.

19. As a direct and proximate result of the negligence, carelessness, recklessness, and deviation from the appropriate standard of care of the Defendant, the plaintiff Billie Plymale suffered a delay in the diagnosis and treatment of her illness causing Billie Plymale to suffer from an advanced cancer.

20. As a direct and proximate result of the above-listed negligence, wilfulness, wantonness, and reckless disregard, the plaintiff, Billie Plymale, has:

    a. Sustained bodily injuries both temporary and permanent;

    b. Suffered and will continue to suffer in the future physical pain and mental anguish;

    c. Sustained and will sustain in the future disfigurement and deformities;

    d. Incurred and will incur in the future expenses for doctors, institutional care, hospital care, nursing care, medicine, equipment and related items of service;

    e. Sustained and will incur in the future humiliation and embarrassment;

    f. Suffered and will suffer in the future impairment of her capacity to enjoy life; and

    g. Has suffered a diminished life expectancy.

## PUNITIVE DAMAGES

21. Plaintiff incorporates by reference each and every prior and subsequent allegation of this complaint as if fully restated here

22. Plaintiff asserts that the careless, reckless, willful, and wanton conduct of defendants is punitive in nature.

## PRAYER

**WHEREFORE**, the plaintiff, Billie Plymale, does hereby demand judgment of and from the Defendant in this matter for compensatory damages for economic and non-economic losses, as allowable under the Medical Professional Liability Act, for punitive damages, plus an award of prejudgment and post-judgment costs, allowable fees, and such other relief as they may be entitled to receive.

## JURY DEMAND

**PLAINTIFF DEMANDS A TRIAL BY JURY.**


**BILLIE PLYMALE,**
By Counsel


s/ Matthew C. Lindsay
**Matthew C. Lindsay, J.D., M.D.**
**WV Bar No. 7896**
**Richard D. Lindsay, M.D., J.D.**
**WV Bar No. 2216**
*Tabor Lindsay & Associates*
Post Office Box 1269
Charleston, West Virginia 25325
304/344-5155