UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

at Huntington

DAWN DENISE McCOMAS,
Executrix of the Estate of
BILLIE PLYMALE,

      Plaintiff,

v.                                     CIVIL ACTION NO. 3:13-cv-14953

KIRT THOMAS MILLER, D.P.M.,

      Defendant.

## PLAINTIFF'S REBUTTAL DISCLOSURE OF EXPERT WITNESSES

      Pursuant to this Court's Scheduling Order, the Plaintiff hereby discloses the following expert witnesses who are anticipated to testify at the trial of this matter:

1.      Steven Hajdu, M.D.
         1759 Drumcliff Court
         Westlake Village, CA 91361
         - *Pathologist*
         - *Curriculum vitae attached hereto.*
         - *Report will be supplemented upon review of the complete opinions of Dr. Balko.*

      Dr. Hadju is being named in the matter to rebut the opinions of Defendant's expert witness, M. Gregory Balko, M.D. As per Dr. Balko's report, he intends to review additional information and supplement his opinions accordingly.

      Dr. Hadju is unable to provide a report at this time as Dr. Balko's opinions and report is only a preliminary, partial report and is not finalized pending his review of the original tissue slides in this matter.



EXHIBIT A

Dr. Hadju's opinions will be based upon his education, experience, review of deposition testimony, review of Mrs. Plymale's medical records and pathology slides and the finalized report of M. Gregory Balko, M.D.

Dr. Hadju charges $400.00 per hour with a $1,000.00 retainer for his initial review.

The Plaintiff reserves the right to supplement this disclosure following the taking of further discovery depositions in this matter.

The Plaintiff hereby reserves the right to name additional or alternative expert witnesses as discovery progresses.

The Plaintiff hereby reserves the right to elicit expert testimony from any and all physicians, nurses, health care personnel or medical experts who were involved or who have knowledge of the occurrences which are the subject of this litigation.

The Plaintiff hereby reserves the right to call at trial any expert witness named by any other party to this civil action.

The Plaintiff hereby reserves the right to name rebuttal witnesses as may be necessary.

The Plaintiff hereby reserves the right to supplement this disclosure should further discovery justify same.

                **DAWN DENISE McCOMAS, Executrix of the Estate of BILLIE PLYMALE,**
                By Counsel

s/ Matthew C. Lindsay
Matthew C. Lindsay, J.D., M.D.
WV Bar No. 7896
Richard D. Lindsay, M.D., J.D.
WV Bar No. 2216
*Tabor Lindsay & Associates*
Post Office Box 1269
Charleston, West Virginia 25325
304/344-5155

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

at Huntington

DAWN DENISE McCOMAS,
Executrix of the Estate of
BILLIE PLYMALE,

    Plaintiff,

v.                                                CIVIL ACTION NO. 3:13-cv-14953

KIRT THOMAS MILLER, D.P.M.,

    Defendant.

## CERTIFICATE OF SERVICE

I, Matthew C. Lindsay, J.D., M.D., do hereby certify that I electronically filed the *"Plaintiff's Disclosure of Rebuttal Expert Witnesses"* with the Court using the CM/ECF system. and that a Notice of Electronic Filing of this document will be electronically served by the Clerk of the Court upon Tamela J. White, Esquire. I further certify that true and exact copies of this document have been served upon counsel of record this 10th day of April, 2014, by depositing the same in the regular course of the United States mail, postage prepaid:

Tamela J. White, Esquire
Farrell, White & Legg PLLC
Post Office Box 6457
Huntington, WV 25772-6457

s/ Matthew C. Lindsay, J.D., M.D.
Matthew C. Lindsay, J.D., M.D.

# FARRELL, WHITE & LEGG PLLC

ATTORNEYS AND COUNSELLORS
914 FIFTH AVENUE
POST OFFICE BOX 6457
HUNTINGTON, WEST VIRGINIA 25772-6457
WWW.FARRELL3.COM

MICHAEL J. FARRELL [1]
JOSEPH M. FARRELL, Jr. [1]
TAMELA J. WHITE [1,2]
CHARLOTTE A. HOFFMAN NORRIS
ERIK W. LEGG [2]
BERNARD S. VALLEJOS
ALEXANDER L. TURNER
MEGAN FARRELL WOODYARD
SAMANTHA THOMAS-BUSH [1]

OF COUNSEL:
CHRISTINA L. SMITH

TELEPHONE (304) 522-9100
FACSIMILE (304) 522-9162

FILE #: 1051.0001

April 21, 2014
*Via facsimile*

Matthew Lindsay, Esquire
Tabor Lindsay & Associates
P.O. Box 1269
Charleston, WV 25325
mlindsay@taborlindsay.com

    *Re:*    ***Dawn McComas, Executrix of the Estate of Billie Plymale***
            ***v. Kirt Thomas Miller, D.P.M.***
            ***United States District Court, Southern District of West Virginia***
            ***Civil Action No. 3:13-cr-14953***

Dear Matt:

    I have had the opportunity to review your rebuttal expert witness disclosure of Steven Hadju, M.D. As you know, Rule 26 requires 1) a statement of the opinions the witness will express and the basis and reasons for them; 2) the facts or data considered by the witness in forming them; 3) any exhibits that will be used by the witness; 4) the witness's qualifications, including publications within the last 10 years; 5) a list of the other cases during the previous four years in which the witness has testified; and 6) a statement of the witness's compensation.

    You have provided the rebuttal witness's qualifications and compensation. Please provide a report regarding his opinions, the facts or data considered by the witness in forming them, any exhibits he intends to use in this matter, and a list of the other cases in which he has testified during the previous four years.

    By your disclosure of Steven Hadju, M.D., it is presumed that he has reviewed the pathology slides. Please provide the written disclosure of his findings at this time and the information required by Rule 26. If we do not receive his findings within 15 days, we will be forced to file a *Motion to Exclude* the same.

    Please feel free to contact me if you have any questions.

Very truly yours,

Samantha Thomas-Bush

cc:    Tamela J. White, Esq. (*via* e-mail)

[1] Also admitted in Kentucky    [2] Also admitted in Ohio

EXHIBIT B

```
04/21/2014 MON 15:30                    Canon iR-ADV 8295-3rd                    ☑001

                            ********************
                            *** FAX TX REPORT ***
                            ********************

                                TRANSMISSION OK

                    JOB NO.                 2482
                    DESTINATION ADDRESS     13043445188
                    SUBADDRESS
                    DESTINATION ID
                    ST. TIME                04/21 15:29
                    TX/RX TIME              00' 25
                    PGS.                    2
                    RESULT                  OK
```

# FARRELL, WHITE & LEGG PLLC
Attorneys and Counsellors
914 Fifth Avenue
Post Office Box 6457
Huntington, West Virginia 25772-6457

TELEPHONE: (304) 522-9100                              FAX: (304) 522-9162

## TELECOPY TRANSMITTAL SHEET*

DATE:           April 21, 2014

TO:             Matthew C. Lindsay, Esquire

FAX NUMBER:     (304) 344-5188

FROM:           Samantha Thomas-Bush, Esquire

NO. OF PAGES (INCLUDING THIS PAGE): 2

RE:             *Dawn Denis, McComas, Executrix of the Estate of Billie Plymale v. Kirt Thomas Miller, D.P.M.*

FILE NO.:       1051.0001

SPECIAL INSTRUCTIONS/COVER MESSAGE: *Please see attached. Thank you.*

HARD COPY:      ☐ WILL FOLLOW or **X** WILL NOT FOLLOW
BY:             ☐ MAIL  ☐ OVERNIGHT  ☐ OTHER

**IF YOU HAVE ANY PROBLEMS WITH THE RECEPTION OF THE FOLLOWING PAGES, PLEASE CALL ANNE HONAKER AT (304) 781-1801.**

This communication is intended for the sole use of the individual or entity named above. This fax may contain information subject to State and Federal protections, including the protections of the Privacy Standards under the Health Insurance Portability Act of 1996 ("HIPAA"). Any use, duplication or publication of this communication by a person or entity other than as named above is strictly prohibited. If you received this communication by mistake, please notify the sender immediately by telephone and return it by mail to Farrell, White & Legg PLLC at the above address at our expense.

# FARRELL, WHITE & LEGG PLLC
Attorneys and Counsellors
914 Fifth Avenue
Post Office Box 6457
Huntington, West Virginia 25772-6457

TELEPHONE: (304) 522-9100          FAX: (304) 522-9162

## TELECOPY TRANSMITTAL SHEET*

DATE:      April 21, 2014

TO:      Matthew C. Lindsay, Esquire

FAX NUMBER:      (304) 344-5188

FROM:      Samantha Thomas-Bush, Esquire

NO. OF PAGES (INCLUDING THIS PAGE): 2

RE:      *Dawn Denis, McComas, Executrix of the Estate of Billie Plymale v. Kirt Thomas Miller, D.P.M.*

FILE NO.:      1051.0001

SPECIAL INSTRUCTIONS/COVER MESSAGE: *Please see attached. Thank you.*

HARD COPY:      ☐ WILL FOLLOW or **X** WILL NOT FOLLOW
BY:      ☐ MAIL      ☐ OVERNIGHT      ☐ OTHER

**IF YOU HAVE ANY PROBLEMS WITH THE RECEPTION OF THE FOLLOWING PAGES, PLEASE CALL ANNE HONAKER AT (304) 781-1801.**

This communication is intended for the sole use of the individual or entity named above. This fax may contain information subject to State and Federal protections, including the protections of the Privacy Standards under the Health Insurance Portability Act of 1996 ("HIPAA"). Any use, duplication or publication of this communication by a person or entity other than as named above is strictly prohibited. If you received this communication by mistake, please notify the sender immediately by telephone and return it by mail to Farrell, White & Legg PLLC at the above address at our expense.

# FARRELL, WHITE & LEGG PLLC

ATTORNEYS AND COUNSELLORS
914 FIFTH AVENUE
POST OFFICE BOX 6457
HUNTINGTON, WEST VIRGINIA 25772-6457
WWW.FARRELL3.COM

MICHAEL J. FARRELL [1]
JOSEPH M. FARRELL, Jr. [1]
TAMELA J. WHITE [1,2]
CHARLOTTE A. HOFFMAN NORRIS
ERIK W. LEGG [2]
BERNARD S. VALLEJOS
ALEXANDER L. TURNER
MEGAN FARRELL WOODYARD
SAMANTHA THOMAS-BUSH [1]

May 9, 2014
*Via facsimile*

OF COUNSEL:
CHRISTINA L. SMITH [1]

TELEPHONE (304) 522-9100
FACSIMILE (304) 522-9162

FILE #: 1051.0001

Matthew Lindsay, Esquire
Tabor Lindsay & Associates
P.O. Box 1269
Charleston, WV 25325
mlindsay@taborlindsay.com

    *Re:*    ***Dawn McComas, Executrix of the Estate of Billie Plymale***
           ***v. Kirt Thomas Miller, D.P.M.***
           ***United States District Court, Southern District of West Virginia***
           ***Civil Action No. 3:13-cr-14953***

Dear Matt:

    This letter will confirm our conversation of this afternoon where we discussed the expert witness report of Dr. Steven Hadju, who was disclosed as a rebuttal witness in plaintiff's case.

    Your position is that you are not required to provide any opinions of Dr. Hadju until Dr. Balko has reviewed the original pathology slides this coming Tuesday, May 13, 2014, despite the fact that Dr. Balko has provided opinions of the recut pathology slides in accordance with the scheduling order. I disagreed with you, and took the position that Dr. Hadju is required to file opinions as a rebuttal witness, but he could supplement those opinions if they changed after reviewing any additional opinions Dr. Balko may disclose after reviewing the original pathology slides.

    We discussed that because of our disagreement, it may be necessary to file a *Motion to Exclude* the same, as previously contemplated in my correspondence of April 21, 2014, where I requested supplementation of Dr. Hadju's report, and you agreed that I should file the Motion if I thought it necessary.

    I will be filing the Motion on Monday, May 12, 2014.

                                            Very truly yours,

                                            Samantha Thomas-Bush

cc:    Tamela J. White, Esq. (*via* e-mail)

[1] Also admitted in Kentucky    [2] Also admitted in Ohio

**EXHIBIT C**

```
        ***********************
        ***   TX REPORT    ***
        ***********************

        TRANSMISSION OK

        TX/RX NO              2269
        CONNECTION TEL        043445188ppp10510001
        SUBADDRESS
        CONNECTION ID
        ST. TIME              05/09 15:23
        USAGE T               00'28
        PGS. SENT                2
        RESULT                OK
```

# FARRELL, WHITE & LEGG PLLC

Attorneys and Counsellors
914 Fifth Avenue
Post Office Box 6457
Huntington, West Virginia 25772-6457

TELEPHONE: (304) 522-9100                                    FAX: (304) 522-9162

## TELECOPY TRANSMITTAL SHEET*

DATE:        May 9, 2014

TO:          Matthew C. Lindsay, Esquire

FAX NUMBER:      (304) 344-5188

FROM:        Samantha Thomas-Bush, Esquire

NO. OF PAGES (INCLUDING THIS PAGE): 2

RE:          *Dawn Denis, McComas, Executrix of the Estate of Billie Plymale v. Kirt Thomas Miller, D.P.M.*

FILE NO.:    1051.0001

SPECIAL INSTRUCTIONS/COVER MESSAGE: *Please see attached. Thank you.*

HARD COPY:       ☐ WILL FOLLOW or **X** WILL NOT FOLLOW
BY:              ☐ MAIL    ☐ OVERNIGHT    ☐ OTHER

**IF YOU HAVE ANY PROBLEMS WITH THE RECEPTION OF THE FOLLOWING PAGES, PLEASE CALL ANNE HONAKER AT (304) 781-1801.**

This communication is intended for the sole use of the individual or entity named above. This fax may contain information subject to State and Federal protections, including the protections of the Privacy Standards under the Health Insurance Portability Act of 1996 ("HIPAA"). Any use, duplication or publication of this

# FARRELL, WHITE & LEGG PLLC

Attorneys and Counsellors
914 Fifth Avenue
Post Office Box 6457
Huntington, West Virginia 25772-6457

TELEPHONE: (304) 522-9100  FAX: (304) 522-9162

## TELECOPY TRANSMITTAL SHEET*

DATE: May 9, 2014

TO: Matthew C. Lindsay, Esquire

FAX NUMBER: (304) 344-5188

FROM: Samantha Thomas-Bush, Esquire

NO. OF PAGES (INCLUDING THIS PAGE): 2

RE: *Dawn Denis, McComas, Executrix of the Estate of Billie Plymale v. Kirt Thomas Miller, D.P.M.*

FILE NO.: 1051.0001

SPECIAL INSTRUCTIONS/COVER MESSAGE: *Please see attached. Thank you.*

HARD COPY: ☐ WILL FOLLOW or **X** WILL NOT FOLLOW
BY: ☐ MAIL  ☐ OVERNIGHT  ☐ OTHER

**IF YOU HAVE ANY PROBLEMS WITH THE RECEPTION OF THE FOLLOWING PAGES, PLEASE CALL ANNE HONAKER AT (304) 781-1801.**

This communication is intended for the sole use of the individual or entity named above. This fax may contain information subject to State and Federal protections, including the protections of the Privacy Standards under the Health Insurance Portability Act of 1996 ("HIPAA"). Any use, duplication or publication of this communication by a person or entity other than as named above is strictly prohibited. If you received this communication by mistake, please notify the sender immediately by telephone and return it by mail to Farrell, White & Legg PLLC at the above address at our expense.