**M. Gregory Balko, M.D.**
**Medical Legal Consultants, Inc.**

21 West Henry Clay Avenue
Fort Wright, KY 41011
Phone 859-341-0003
Fax 859-344-0964

March 20, 2014

Tamela J. White
Farrell, Farrell & Farrell, PLLb
914 Fifth Avenue
Huntington, WV 25772-6457

Dear Ms. White:

At your request, I reviewed the following materials from the *Pymale v. Miller* case.

1. The Complaint,
2. 4 glass tissue slides – St. Mary's Medical Center - SSP11-09333 (2 recuts) and Dermatopathology Labs of Central States - D12-50459 (2 slides),
3. 2 corresponding pathology reports,
4. Plaintiff's Expert Witness Disclosure.

I am a licensed physician certified by the American Board of Pathology in anatomic pathology, neuropathology and forensic pathology.

The contents of this report are based upon extensive education, training and experience in anatomic, forensic and neuropathology. The opinions are expressed with reasonable medical probability.

Review of the 2 glass tissue slides, D12-50459, reveals the presence of a melanoma with involvement of the tissue margins. Examination of the recut glass tissue slides, SSP11-09333, discloses decalcified fragments of osteoporotic, focally fibrotic, bone and scant associated soft tissue. Processing artifact is present. Tumor is not identified. Photomicrographs of both specimens have been prepared.

These opinions are based on the materials and the information available to me at the time of this report. I have requested and intend to review the original tissue slides upon those being made available through the hospital. I reserve the right to change, expand or amend this report if additional evidence is submitted for my consideration.

Sincerely,


EXHIBIT F

*M. Gregory Balko, MD.*

M. Gregory Balko, M. D.


## ST. MARY'S
### MEDICAL CENTER

**Department of Pathology**
2900 First Avenue - Huntington, WV 25702
Phone: 304-526-1066 / 1074 - Fax: 304-526-1585
Thomas H. Dougherty, M.D. - Medical Director of Laboratories

## SURGICAL PATHOLOGY REPORT

| Accession #   SSP-11-09333 | Procedure Date: 10/25/2011 || Received Date: 10/25/2011 ||
|---|---|---|---|---|
| **Patient Name:** | **DOB:** | 10/12/1942 | **SSN:** | 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 |
| PLYMALE, BILLIE I | **Sex / Age:** | F / 69 Y | **MRN:** | 138012 |
| **Adm./Reg. Date:**  10/25/2011 | **Location:** | DIS | **Account #** | 109305409 |
| **Requesting Doctor:** KIRT MILLER, DPM | **Admitting Doctor:** KIRT MILLER, DPM ||||

**Pre-Operative Diagnosis:**
Chronic ulcer 4th metatarsal head left foot.

**Post-Operative Diagnosis:**
Chronic ulcer 4th metatarsal head left foot

**Specimen:**
BONE FRAGMENTS; 4th metatarsal head left foot

**Gross Description:**
The specimen is received in formalin labeled "4th metatarsal head left foot" and consists of a tan bony fragment measuring 1.5 x 1.5 x 0.8 cm. The specimen is serially sectioned and submitted in its entirety in two cassettes after overnight decalcification. GP/rgh

**Final Diagnosis:**
**4th metatarsal head, left foot: Osteoporotic bone showing focal marrow space fibrosis; no histologic evidence of osteomyelitis.**

PRD/snc

*Paul R Durst*

The case has been electronically signed by:
PAUL DURST, M.D.
Completed Date: 10/29/2011
Completed Time: 20:24

| Location:  DIS  / MRN: 138012 | Patient Name: | **PLYMALE, BILLIE I** |
|---|---|---|
| Req. Dr.: KIRT MILLER, DPM | Account # 109305409 | Accession # SSP-11-09333 |
| Printed Date: 10/29/2011 8:24 PM | Completed Date: 10/29/2011 | Page 1 of 1 |

Page 1 of 1