UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Huntington

**DAWN DENISE McCOMAS,**
Executrix of the Estate of
**BILLIE PLYMALE,**

    Plaintiff,

v.                      CIVIL ACTION NO. 3:13-cv-14953

**KIRT THOMAS MILLER, D.P.M.,**
    Defendant.

## NOTICE OF MEDIATION

By agreement of the parties, the Court-ordered mediation in this matter will commence at 11 a.m. on October 2, 2014, in the law offices of Farrell, White & Legg PLLC, 914 Fifth Avenue, Huntington, WV 25701, with Steve Dalesio to serve as the mediator.

                                  **Kirt Thomas Miller, D.P.M.,**

                                  **By counsel,**

/s/ Tamela J. White_____
Tamela J. White (Bar No. 6392 WV)
Samantha Thomas-Bush (Bar No. 11716 WV)
**Farrell, White & Legg PLLC**
914 Fifth Avenue
P.O. Box 6457
Huntington, WV 25772-6457

{F0898996.1 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Huntington

**DAWN DENISE McCOMAS,**
Executrix of the Estate of
**BILLIE PLYMALE,**
        **Plaintiff,**

v.                                CIVIL ACTION NO. 3:13-cv-14953

**KIRT THOMAS MILLER, D.P.M.,**
        **Defendant.**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2014, I electronically filed the foregoing *Notice of Mediation* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Matthew C. Lindsay, J.D., M.D.
Richard D. Lindsay, M.D., J.D.
**Tabor Lindsay & Associates**
P.O. Box 1269
Charleston, WV 25325
304-344-5155

                                          /s/ Tamela J. White
                                          Tamela J. White (Bar No. 6392 WV)
                                          Samantha Thomas-Bush (Bar No. 11716 WV)
                                          **Farrell, White & Legg PLLC**
                                          914 Fifth Avenue
                                          P.O. Box 6457
                                          Huntington, WV 25772-6457

{F0898996.1 }