UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Huntington

**DAWN DENISE McCOMAS,**
Executrix of the Estate of
**BILLIE PLYMALE,**

      **Plaintiff,**

v.                                          CIVIL ACTION NO. 3:13-cv-14953

**KIRT THOMAS MILLER, D.P.M.,**
      **Defendant.**

## AMENDED NOTICE OF MEDIATION

By agreement of the parties, the Court-ordered mediation in this matter will commence at 9:00 a.m. on October 2, 2014, at Johnny Jackson & Associates, 606 Virginia Street East, Suite 300, Charleston, West Virginia, with Steve Dalesio serving as the mediator.

      **Kirt Thomas Miller, D.P.M.,**

      **By counsel,**

/s/ Tamela J. White_____
Tamela J. White (Bar No. 6392 WV)
Samantha Thomas-Bush (Bar No. 11716 WV)
**Farrell, White & Legg PLLC**
914 Fifth Avenue
P.O. Box 6457
Huntington, WV 25772-6457

{F0899629.1 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Huntington

**DAWN DENISE McCOMAS,**
Executrix of the Estate of
**BILLIE PLYMALE,**
        Plaintiff,

v.                                  CIVIL ACTION NO. 3:13-cv-14953

**KIRT THOMAS MILLER, D.P.M.,**
        Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2014, I electronically filed the foregoing *Amended Notice of Mediation* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Matthew C. Lindsay, J.D., M.D.
Richard D. Lindsay, M.D., J.D.
**Tabor Lindsay & Associates**
P.O. Box 1269
Charleston, WV 25325
304-344-5155

                                      /s/ Tamela J. White_____
                                      Tamela J. White (Bar No. 6392 WV)
                                      Samantha Thomas-Bush (Bar No. 11716 WV)
                                      **Farrell, White & Legg PLLC**
                                      914 Fifth Avenue
                                      P.O. Box 6457
                                      Huntington, WV 25772-6457

{F0899629.1 }