AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 9/10) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

FILED
NOV 20 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

DAWN DENISE McCOMAS
Executrix of the Estate of
BILLIE PLYMALE

v.

KIRT THOMAS MILLER, D.P.M.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13-14953

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Robert C. Chambers | Richard Lindsay and Matthew Lindsay | Tammy White and Samantha Thomas |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/18/2014, 11/19/2014 | Teresa M. Ruffner | Larry Ash |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| X | | 11/18 | | | Kirt Thomas Miller, D.P.M. |
| | 1 | 11/18 | X | X | Progress Notes from HIMG |
| | 2 | 11/18 | X | X | Surgical Report from St. Mary's 10/25/2011 |
| | 3 | 11/18 | X | X | Micro Biology Report from Time of Surgery |
| | 4 | 11/18 | X | X | Pathology Report from day of Surgery |
| | 5 | 11/18 | X | X | Lab result showing Staph Infection |
| | 6 | 11/18 | X | X | Dr. Miller CV |
| X | | 11/19 | | | Barry Singer, M.D. |
| 1 | | 11/19 | X | X | Dr. Singer CV |
| | 7 | 11/19 | X | | Photograph |
| | 8 | 11/19 | X | | Photograph |
| | 9 | 11/19 | X | | Photograph |
| | 10 | 11/19 | X | | Photograph |
| | 11 | 11/19 | X | | Photograph |
| | 12 | 11/19 | X | | Photograph |
| X | | 11/19 | | | Gerrit Kimmie, M.D. |
| X | | 11/19 | | | Paul Durst, M.D. |
| X | | 11/19 | | | Dawn McComas |
| 2 | | 11/19 | X | X | Photo of Foot |
| 3 | | 11/19 | X | X | Photo of Foot |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___2___ Pages



AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Plymale | | | vs. Miller | | CASE NO. 3:13-14953 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 11/19 | X | X | Photo of Plaintiff's foot |
| 5 | | 11/19 | X | X | Family photo |
| 6 | | 11/19 | X | X | Photo of Plaintiff |
| 7 | | 11/19 | X | X | Expenses Stipulation |
| 1 | 1 | 11/18 | X | X | Joint Exhibit of HIMG Progress Notes |
| 2 | 2 | 11/18 | X | X | Joint Exhibit of Photo of Biology films |

Page _____ of _____ Pages